UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:08-cr-505-T-30TGW

LEONEL ALONSO

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 33) pursuant to 18 U.S.C. § 492, 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Fed. R. Crim. P., for the Epson All-in-one Printer, Model CX6000, Serial Number JGOYO50535, color printer.

1. On November 26, 2008, a One Count Information was returned in the instant case, charging defendant Leonel Alonso with Dealing in Counterfeit Currency, in violation of 18 U.S.C. § 473. (Doc. 17).

2. The Information contained Forfeiture Allegations pursuant to provisions of 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), seeking forfeiture of any and all right, title, and interest of the defendant in an Epson All-in-one Printer, Model CX6000, Serial Number JGOYO50535. (Doc. 17 at 2).

3. On December 12, 2008, the United States filed the Plea Agreement entered into with defendant Leonel Alonso. (Doc. 19). Pursuant to paragraph 8 of his Plea Agreement, entitled "Forfeiture of Assets," the defendant agreed to forfeit

to the United States all of his right, title and interest in the Epson All-in-one Printer, Model CX6000, Serial Number JGOYO50535. *Id.* at 4. The defendant further agreed that "the conduct described in the Factual Basis below provides a sufficient factual and statutory basis for the forfeiture of real and/or personal property sought by the government." *Id.*

4. On April 2, 2009, defendant Leonel Alonso was sentenced, and the Epson All-in-one Printer was found subject to forfeiture and was included in the Judgment. (Doc. 28).

5. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the equipment, on the official government website, www.forfeiture.gov, from May 6, 2009 through June 4, 2009. (Doc. 32). The publication gave notice to all third parties with a legal interest in the equipment to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

6. No persons or entities, other than the defendant Leonel Alonso, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the Epson All-in-one Printer. No third party has filed a petition, or claimed an interest in the Printer, and the time for filing such petition has expired.

7. The Court finds that the Epson All-in-one Printer is the property of defendant Leonel Alonso.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 33) is GRANTED. It is FURTHER **ORDERED** that all right, title and interest in the Epson All-in-one Printer, Model CX6000, Serial Number JGOYO50535, color printer is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 492, 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Fed. R. Crim. P., for disposition according to law.

Clear title to the equipment is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on July 28, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cr-505.forfeit 33.wpd